**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-22403-CIV-SCOLA/TORRES

FELICITA RAMIREZ,

    Plaintiff,

vs.

ANDREW M. SAUL,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA) that followed the Order of Remand entered November 14, 2019. [D.E. 22]. Counsel certifies that the Commissioner's counsel had no objection to the amount requested. Upon review of Plaintiff's petition and the entitlement to reasonable fees under the EAJA, it is hereby

RECOMMENDED that the motion for fees be GRANTED and that Plaintiff be awarded reasonable fees and costs under the EAJA in the requested amount of $6,475.00. Further:

1. EAJA fees are to be awarded to the Plaintiff and delivered to Plaintiff's counsel, Erik W. Berger, pursuant to the assignment to counsel from Plaintiff.

2.     If the United Stated Department of the Treasury verifies to the Office of the General Counsel that the Plaintiff does not owe a debt, the government should honor Plaintiff's assignment of EAJA fees to counsel Berger and make payment directly to counsel.

3.     Because the Order of remand was predicated on a stipulated finding that the underlying ALJ's determination had to be reversed under sentence four of 42 U.S.C. § 405(g), for present purposes Plaintiff is prevailing party in this particular action and entitled to an assessment of fees under the statute. That finding is not contingent on the ultimate outcome of the remanded application and, therefore, the assessment of fees is not premature.

4.     Any objection to this Report and Recommendation must be expedited and filed by February 21, 2020.

**DONE AND ORDERED**, in Chambers, at Miami, Florida, this 18th day of February, 2020.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge