United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Felicita Ramirez, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 19-22403-Civ-Scola |
| Andrew Saul, Commissioner for | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

**Order Granting Plaintiff's Unopposed Motion for Attorneys' Fees and Costs**

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on Plaintiff Felicita Ramirez's motion for attorney's fees costs under the Equal Access to Justice Act. Judge Torres has issued a report, recommending that the Court grant the motion and award fees in the requested amount of $6,475. (Rep. & Rec., ECF No. 24.) No objections have been filed and the time to do so has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court **affirms and adopts** Judge Torres's report and recommendations (**ECF No. 24**), thus **granting** Ramirez's motion (**ECF No. 23**). As Ramirez sets forth in her motion, she is the prevailing party, the Government's position was not substantially justified, and the fee and cost requests are reasonable. The Court thus awards fees and costs in the amount of **$6,475.00**, to Plaintiff Felicita Ramirez, made payable directly to Plaintiff's counsel, Erik W. Berger, unless Ramirez owes a federal debt.

**Done and ordered** at Miami, Florida on August 21, 2020.

_____
Robert N. Scola, Jr.
United States District Judge